IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 10 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-02247-BNB

BRYAN MORSE,

    Plaintiff,

v.

BURL McCULLAR,
CHARLES OLIN,
PATRICA MONTEZ,
AMICH AND JENKS, INC.,
CATHY SIMPSON, and
DOC SOTMP,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Bryan Morse is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Colorado Territorial Correctional Facility in Cañon City, Colorado. On October 7, 2008, Plaintiff submitted to the Court a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983. He also filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

On November 7, 2008, Magistrate Judge Boyd N. Boland entered an order granting the § 1915 Motion. The November 7, 2008, Order required Plaintiff to pay the full amount of the $350.00 filing fee in installments and directed him to pay an initial partial filing fee of $2.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warned Plaintiff that if he failed to have the initial partial filing fee

sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Plaintiff now has failed either to pay the initial partial filing fee within the time allowed, as designated in the November 7, 2008, Order, or to communicate with the Court in any way. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure either to pay an initial partial filing fee of $2.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee within thirty days of the November 7, 2008, Order.

DATED at Denver, Colorado, this 17 day of December, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02247-BNB

Bryan Morse
Prisoner No. 109028
Colorado Territorial Correctional Facility
P.O. Box 1010
Cañon City, CO 81215-1010

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/18/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk